```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 44384
    LENSY ANDERSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9848

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/02/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  45.87% from remaining funds.

     The case was paid in full 05/23/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED           3485.00         291.54       3485.00
HSBC AUTO FINANCE          UNSECURED         1771.77            .00        815.33
FIRST NATL BANK OF BROOK   UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00            .00
GREENWOOD TRUST CO         NOTICE ONLY      NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED OTH     701.32            .00         320.43
NATIONWIDE COMMERCIAL LP   UNSECURED        NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED OTH     799.83            .00         365.44
RESURGENT ACQUISITION LL   UNSECURED        2137.49            .00         980.42
DAVID M SIEGEL             DEBTOR ATTY      2,244.00                     2,244.00
TOM VAUGHN                 TRUSTEE                                         497.84
DEBTOR REFUND              REFUND                                           10.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             9,010.00

PRIORITY                                            .00
SECURED                                        3,485.00
    INTEREST                                     291.54
UNSECURED                                      2,481.62
ADMINISTRATIVE                                 2,244.00
TRUSTEE COMPENSATION                             497.84
DEBTOR REFUND                                     10.00
                    --------------         --------------
TOTALS              9,010.00                   9,010.00


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 44384 LENSY ANDERSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 44384 LENSY ANDERSON